UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 JAN -7 PM 12: 33

CLERK
BY ________
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
v. ) Case No. 2:26-cr-1-1
)
RUSSELL BIATHROW, )
Defendant. )

**INDICTMENT**

The Grand Jury charges:

COUNT ONE

In or about April, 2025, in the District of Vermont, the defendant RUSSELL BIATHROW, knowingly possessed material that contained images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), and which had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

(18 U.S.C. § 2252A(a)(5)(B), 2252A(b)(2))

A TRUE BILL

[redacted]
FOREPERSON

MICHAEL P. DRESCHER
First Assistant United States Attorney

JONATHAN A. OPHARDT
Assistant United States Attorney
Chief, Criminal Division
Rutland, Vermont
January 7, 2026